### 15112.  MITCHELL v. WHITLEY.

BROYLES, C. J.   Counsel for the plaintiff in error having stated in his brief that he is insisting upon the special grounds only of the motion for a new trial, and none of those grounds, upon a careful consideration thereof, showing cause for a new trial, the judgment below is

Affirmed.   *Luke* and *Bloodworth, JJ.*, concur.

DECIDED JANUARY 18, 1924.

Complaint; from city court of LaGrange—Judge Duke Davis. October 1, 1923.

*Wyatt & Branan*, for plaintiff in error.   *E. A. Jones*, contra.